## Moorhead's Estate

Before Van Dusen, Stearne, Sinkler, Klein, and Bok, JJ.

206

*R. M. Remick* of *Saul, Ewing, Remick & Saul,* for the exceptants.

*Charles J. Biddle,* contra.

SINKLER, J., December 11, 1936.—We are of one mind, to wit, that the auditing judge has correctly determined the only question before him for decision. The exceptions are dismissed and the adjudication is confirmed absolutely.